IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Waller, Larrain E

Printed: 5/6/08

Case Number: 04 B 01359
Judge: Squires, John H
Filed: 1/13/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Ch 7 Conversion: November 9, 2007
Confirmed: March 31, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 18,072.45 |  |
| Secured: |  | 16,780.97 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 919.48 |
| Other Funds: |  | 372.00 |
| Totals: | 18,072.45 | 18,072.45 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Citi Residential Lending | Secured | 0.00 | 0.00 |
| 2. | Village of Maywood | Secured | 0.00 | 0.00 |
| 3. | Citi Residential Lending | Secured | 3,313.14 | 418.85 |
| 4. | Capital One Auto Finance | Secured | 16,420.67 | 16,362.12 |
| 5. | RoundUp Funding LLC | Unsecured | 78.79 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 63.82 | 0.00 |
| 7. | Specialized Management Consultants | Unsecured | 76.45 | 0.00 |
| 8. | Nicor Gas | Unsecured | 181.25 | 0.00 |
| 9. | Capital One Auto Finance | Unsecured | 199.70 | 0.00 |
| 10. | Commonwealth Edison | Unsecured |  | No Claim Filed |
| 11. | First National Bank Of Marin | Unsecured |  | No Claim Filed |
| 12. | Comcast | Unsecured |  | No Claim Filed |
| 13. | MRS Associates, Inc | Unsecured |  | No Claim Filed |
| 14. | Dress Barn | Unsecured |  | No Claim Filed |
| 15. | J C Penney Co Inc | Unsecured |  | No Claim Filed |
| 16. | Victoria's Secret | Unsecured |  | No Claim Filed |
| 17. | TCF Bank | Unsecured |  | No Claim Filed |
| 18. | Loyola University & Hospital | Unsecured |  | No Claim Filed |
| 19. | City Of Chicago | Unsecured |  | No Claim Filed |
| 20. | Village of Maywood | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 20,333.82 | $ 16,780.97 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 7% | 80.25 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Waller, Larrain E

Printed: 5/6/08

Case Number: 04 B 01359
Judge: Squires, John H
Filed: 1/13/04

| | |
|---:|---:|
| 4% | 59.52 |
| 6.5% | 209.25 |
| 3% | 33.48 |
| 5.5% | 204.60 |
| 5% | 50.74 |
| 4.8% | 120.93 |
| 5.4% | 160.71 |
| | _____ |
| | $ 919.48 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                        Marilyn O. Marshall, Trustee, by:

